Thomas P. Riley, SBN 194706
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030

Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| **J & J Sports Productions, Inc.,** | **Case No. 1:15-cv-00336-WBS-BAM** |
| **Plaintiff,** | |
| **vs.** | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF GODOFREDO GARCIA AGUILAR, ONLY; AND ORDER** |
| **Godofredo Garcia Aguilar, et al.,** | |
| **Defendant.** | |

       **NOTICE IS HEREBY GIVEN**, that, Plaintiff voluntarily dismisses, ***without prejudice,***
defendant Godofredo Garcia Aguilar, individually and d/b/a La Bolanegra a/k/a La Bola Negra.

       This Dismissal is made pursuant to FRCP 41 (a).

Dated: June 25, 2015        _/s/  Thomas P. Riley_
                            **LAW OFFICES OF THOMAS P. RILEY, P.C**.
                            By:  Thomas P. Riley
                            Attorneys for Plaintiff
                            J & J Sports Productions, Inc.

**PLAINTIFF'S NOTICE OF VOLUNTARY**
**DISMISSAL OF GODOFREDO GARCIA AGUILAR;**
**AND ORDER (Proposed) CASE NO. 1:15-cv-00336-WBS-BAM**
**PAGE  PAGE 2**

## ORDER

It is hereby ordered that Godofredo Garcia Aguilar in civil action number 1:15-cv-00336-WBS-BAM styled *J & J Sports Productions, Inc. v. Godofredo Garcia Aguilar, et al.*, is dismissed ***without prejudice***.

Plaintiff shall also serve a copy of this Order on the Defendants and thereafter file a Certification of Service of this Order with the Clerk of the Court.

**IT IS SO ORDERED**:

Dated:  June 26, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

///
///
///
///
///
///
///
///
///
///
///